CHARLES A. FLAMMER, Respondent v. TWO HUNDRED AND FIFTY WEST ONE HUNDRED AND THIRD STREET CORPORATION, Appellant.— Order

affirmed, with ten dollars costs and disbursements, and order of this court dated June 9, 1917, and the stay contained in order to show cause dated May 28, 1917, vacated. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.; Laughlin and Shearn, JJ., dissented.